UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LIFETIME INDUSTRIES, INC., | ) |
| Plaintiff/Counter Defendant | ) |
| vs. | ) CASE NOS. 3:16-CV-559 RLM-MGG |
| TRIM-LOK, INC., | ) |
| Defendant/Counter Claimant | ) |

ORDER

The joint motion to dismiss [Doc. No. 41] is GRANTED, and this case is DISMISSED with prejudice, with each party bearing its own costs. The Clerk is directed to enter judgment accordingly.

SO ORDERED.

ENTERED:  October 31, 2017

/s/ Robert L. Miller, Jr.
Judge
United States District Court